

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00159-CR

LAQUETA MONIQUE CRAWFORD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 7th District Court
Smith County, Texas
Trial Court No. 007-2778-06

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Laqueta M. Crawford, appellant, has filed with this Court a motion to dismiss her appeal.[1]  The motion is signed by Crawford and by her counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2, we grant the motion.  *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted:     December 11, 2012
Date Decided:       December 12, 2012

Do Not Publish

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).